RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601  

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020**
Chapter 13 Case # 19-23634

Re:  EVGIN CEBE  
    327 JORDAN ROAD  
    NEW MILFORD, NJ 07646

Atty:  RUSSELL L LOW ESQ  
    LOW & LOW ESQS  
    505 MAIN STREET, SUITE 304  
    HACKENSACK, NJ 07601

## RECEIPTS AS OF 01/15/2020 (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/20/2019 | $500.00 | 6782503052 | 09/18/2019 | $500.00 | 6782500897 |
| 09/18/2019 | $500.00 | 6782500898 | 10/09/2019 | ($500.00) | 1923638-6782500898 |
| 10/16/2019 | $500.00 | 6782500925 | 11/20/2019 | $500.00 | 6782500944 |
| 12/18/2019 | $500.00 | 6782500961 | | | |

**Total Receipts: $2,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020 (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 87.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 1,318.66 | 0.00% | 0.00 | 0.00 |
| 0002 | ATISH DIAMOND, LLC | UNSECURED | 74,488.71 | 0.00% | 0.00 | 0.00 |
| 0003 | BMW FINANCIAL SERVICES NA LLC | UNSECURED | 2,467.81 | 0.00% | 0.00 | 0.00 |
| 0004 | CHASE MORTGAGE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | CITIBANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | CARINA DIAMOND INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | GEMS VALLEY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | GLAMOUR GEMS INC. | UNSECURED | 12,605.00 | 0.00% | 0.00 | 0.00 |
| 0009 | HUDSON CITY SAVINGS BA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | ITALIANO GOLD MOUPING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | JMS ASSOCIATE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | M & T BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | MERCEDES-BENZ FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | MOTI DIAMOND INC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | STATE OF NJ | PRIORITY | 7,334.09 | 100.00% | 0.00 | 0.00 |
| 0018 | NICE JEWELS INC | UNSECURED | 50,508.00 | 0.00% | 0.00 | 0.00 |
| 0019 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0020 | SANTANDER CONSUMER USA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | SETERUS, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | SHRI DIAMOND INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0024 | SPARKLING JEWELRY, INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0026 | VIRAL JEWELRY (INC.) | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0028 | BOROUGH OF NEW MILFORD | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0029 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0030 | MERCEDES-BENZ FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0031 | SHRI DIAMOND INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0032 | STATE OF NJ | UNSECURED | 208.10 | 0.00% | 0.00 | 0.00 |
| 0033 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 960.05 | 0.00% | 0.00 | 0.00 |
| 0034 | AMERICAN HONDA FINANCE CORPORAT | ADMINISTRATIVE | 531.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $87.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $2,500.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $87.00    =    Funds on Hand: $2,413.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.